# IN THE SUPREME COURT OF THE STATE OF NEVADA

KELVIN LEE WILLIAMS,
                Appellant,
vs.
THE STATE OF NEVADA,
                Respondent.

No. 84791

**FILED**

JUN 30 2022

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY _S. Young_
DEPUTY CLERK

## *ORDER DISMISSING APPEAL*

This is a pro se appeal from a district court order denying a petition for writ of habeas corpus. Eighth Judicial District Court, Clark County; Monica Trujillo, Judge.

This court's preliminary review of this appeal reveals a jurisdictional defect. Specifically, the district court served notice of entry of the order denying a petition for writ of habeas corpus on April 30, 2020. Appellant did not file the notice of appeal, however, until May 9, 2022, well after the expiration of the 30-day appeal period prescribed by NRAP 4(b). "[A]n untimely notice of appeal fails to vest jurisdiction in this court." *Lozada v. State*, 110 Nev. 349, 352, 871 P.2d 944, 946 (1994). Accordingly, we conclude that we lack jurisdiction to consider this appeal, and we

ORDER this appeal DISMISSED.

_____, J.
Hardesty

_____, J.
Stiglich

_____, J.
Herndon

cc: Hon. Monica Trujillo, District Judge
Kelvin Lee Williams
Attorney General/Carson City
Clark County District Attorney
Eighth District Court Clerk

SUPREME COURT
OF
NEVADA

(O) 1947A